

Aileen M. Hunter
Attorney at Law
Direct: (949) 223-7138
aileen.hunter@bryancave.com

September 9, 2014

Circuit Clerk
U.S. Court of Appeals, Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: *Matt Bartell, et al. v. JPMorgan Chase Bank, National Association; et al.*
Appeal No. 13-56027

### FURTHER NOTICE RE SUPPLEMENTAL AUTHORITY

Dear Circuit Clerk:

On June 20, 2014, Appellee JPMorgan Chase Bank, N.A. ("Chase") provided the Court with notice of supplemental authority, pursuant to Federal Rule of Appellate Procedure 28(j) and Circuit Rule 28-6. (Docket #23.) One of the cases Chase submitted for the Court's consideration is *Yvanova v. New Century Mortg. Corp.*, 2014 WL 2149797 (Apr. 25, 2014).

The California Supreme Court recently accepted review of *Yvanova*.

Please be advised Chase does not intend to rely upon or argue *Yvanova*.

Thank you.

Sincerely,

Aileen M. Hunter

AMH:hco

cc: Joseph C. La Costa, Attorney for Appellants Matt & Jodi Bartell

Bryan Cave LLP
3161 Michelson Drive
Suite 1500
Irvine, CA 92612-4414
Tel (949) 223-7000
Fax (949) 223-7100
www.bryancave.com

Bryan Cave Offices
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave
International Consulting
A TRADE AND CUSTOMS CONSULTANCY
www.bryancaveconsulting.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

IR01DOCS\724135.1

| 9th Circuit Case Number(s) | 13-56027 |
|---|---|

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) September 9, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

| Signature (use "s/" format) | /s/ Kate Becerra |
|---|---|

*************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

| Signature (use "s/" format) | |
|---|---|



American LegalNet, Inc.
www.FormsWorkFlow.com